# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | | |
|---|---|---|
| SUPERIOR INDUSTRIES, INC., | * | CIVIL NO. 4:21-cv-00224-RGE-SBJ |
| Plaintiff, | * | |
| v. | * | **SCHEDULING AND** |
| PRECISION, INC., | * | **TRIAL SETTING ORDER** |
| Defendant. | * | |

A scheduling conference was conducted pursuant to Fed. R. Civ. P. 16 on October 6, 2021. Based on the discussions during the conference and the parties' proposed schedule (Dkt. 22), it is hereby ordered:

1. A Jury Trial will begin on March 27, 2023, at 9:00 a.m. before United States District Judge Rebecca Goodgame Ebinger in the United States Courthouse in Des Moines, Iowa. The parties estimate trial will take 5 days.

2. A Final Pretrial Conference will be held on February 22, 2023, at 10:00 a.m. in the United States Courthouse in Des Moines, Iowa, before United States District Judge Rebecca Goodgame Ebinger.

3. The parties must exchange initial disclosures by October 25, 2021.

4. Plaintiff's infringement contentions due by November 5, 2021.

5. Motions to add parties must be filed by November 29, 2021.

6. Motions for leave to amend pleadings must be filed by November 29, 2021.

7. Defendant's invalidity contentions due by December 3, 2021.

8. Parties to exchange disputed terms and proposed constructions by December 17, 2021.

9. Joint claim construction statement due by January 14, 2022.

10. Opening Markman briefs due by March 7, 2022.

11. Rebuttal Markman briefs due by March 21, 2022.

12. Fact discovery to be completed by June 24, 2022. Written discovery shall be propounded so that the time for response is not later than this date.

13. Designation of expert witnesses and disclosure of written reports by party bearing burden of proof due by July 8, 2022.

14. Designation of rebuttal expert witnesses and disclosure of written reports due by August 19, 2022.

15. Expert discovery to be completed by September 16, 2022.

16. Dispositive motions must be filed by October 10, 2022.

IT IS SO ORDERED.

Dated October 7, 2021.

_____
STEPHEN B. JACKSON, JR.
UNITED STATES MAGISTRATE JUDGE