UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| SUPERIOR INDUSTRIES, INC., a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>PRECISION, INC., an Iowa corporation,<br><br>Defendant. | Civil Action No. 4:21-cv-00224-RGE-SBJ<br><br>**JOINT PROPOSED SCHEDULE** |

Plaintiff Superior Industries, Inc. ("Superior"), and Defendant Precision, Inc. ("Precision") (collectively, the "Parties") by and through their respective undersigned counsel, hereby submit the following Joint Proposed Schedule pursuant to the Court's April 9, 2024 Order that the Parties "file by April 16, 2024 a joint proposed schedule for further progression for the case." (ECF No. 158).  The Parties propose a trial-ready date below and in support state as follows:

1. On October 23, 2023, the Court granted the Parties' Joint Motion for Continuance of Trial Date and Final Pretrial Conference (ECF No. 154).

2. On March 28, 2024, the Court issued its holding on the pending Summary Judgment Motions (ECF No. 157).

3. On April 9, 2024, the Court ordered the Parties to submit a Joint Proposed Schedule for the remaining deadlines in the case (ECF No. 158).

4. Accordingly, the Parties now submit the below schedule:

1

| Event | Deadline |
|---|---|
| Precision's Proposal:[1]<br>Deadline for Superior to submit revised expert reports on infringement and validity | May 31, 2024 |
| Precision's Proposal:[2]<br>Deadline for Precision to depose Superior's expert on revised infringement and validity reports | June 28, 2024 |
| Agreed Proposal:<br><br>Motions under FRE 104, FRE 702, and motions *in limine* due | September 2, 2024 |
| Agreed Proposal:<br><br>Trial briefs, proposed *voir dire* questions, stipulated statement of the case, joint written jury instructions, and verdict forms | September 20, 2024 |
| Agreed Proposal:<br><br>Final Pretrial Order | September 20, 2024 |
| Agreed Proposal:<br><br>Final Pretrial Conference / Trial Ready Date | September 23, 2024 |

5.      The Parties propose a trial ready date of **September 23, 2024**. Such date shall be treated as the Final Pretrial Conference for the purposes of pre-trial filings and disclosures pursuant to the Federal Rules of Civil Procedure, the Southern District of Iowa Local Rules, and the Order Regarding Final Pretrial Conference Requirements (ECF No. 29).

6.      The parties respectfully request, subject to the Court's availability, a date for a Final Pretrial Conference and a five (5) day trial.

7.      Superior proposes that the parties agree to conduct a mediation or court-sponsored settlement conference prior to the trial ready date. Counsel for Precision intends to raise this

---

[1] Superior is unaware of the purpose or reasoning behind Precision's proposal.
[2] Superior is unaware of the purpose or reasoning behind Precision's proposal.

request with Precision and will provide a further update to the Court within the next seven (7) days.

Dated: April 16, 2024

Respectfully submitted,

By: /s/ *Richard L. Brophy*

By: /s/ *Benjamen C. Linden*

Richard L. Brophy
Mark A. Thomas
Margaret R. Szewczyk
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
(314) 621-5070 (telephone)
rbrophy@atllp.com
mathomas@atllp.com
mszewczyk@atllp.com

Brant D. Kahler
BROWN WINICK LAW FIRM
666 Grand Avenue, Suite 2000
Des Moines, IA 50309
(515) 242-2430 (telephone)
brant.kahler@brownwinick.com

**Counsel for Defendant Precision, Inc.**

Cyrus A. Morton (admitted pro hac vice)
Benjamen C. Linden (admitted pro hac vice)
ROBINS KAPLAN LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181
Email: cmorton@robinskaplan.com
Email: blinden@robinskaplan.com

Wesley T. Graham AT0011184
DUNCAN GREEN, P.C.
400 Locust Street, Suite 380
Des Moines, IA 50309
Telephone: (515) 288-6440
Facsimile: (515) 288-6448
wtgraham@duncangreenlaw.com

**Counsel for Plaintiff Superior Industries, Inc.**

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing pleading has been electronically filed with the Clerk of Court on this 16th day of Aril, 2024, using the CM/ECF Filing System, which shall send electronic notification of such filing to all counsel of record.

Dated: April 16, 2024                                                                                        Respectfully submitted,


                                                   By: */s/ Benjamen C. Linden*
                                                   Benjamen C. Linden