# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| SUPERIOR INDUSTRIES, INC., a Minnesota corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br><br>PRECISION, INC., an Iowa corporation,<br><br>　　　　Defendant. | No. 4:21-cv-00224-RGE-SBJ<br><br>**ORDER DISMISSING CLAIMS WITH PREJUDICE AND VACATING SANCTIONS ORDERS** |

　　This Court having read and considered the parties' Joint Motion for Order Dismissing Claims with Prejudice and Vacating Sanctions Orders, or for alternate action, hereby ORDERS that all claims and counterclaims are DISMISSED WITH PREJUDICE, and VACATES the Court's prior sanctions orders (ECF Nos. 157, 166, 170). All parties are to bear their own costs, attorney's fees, and expenses, except for those fees paid to Defendant by Plaintiff's counsel by agreement.

**IT IS SO ORDERED.**

Dated this 3rd day of October, 2024.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　REBECCA GOODGAME EBINGER
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE